UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTICE AUDREY B. COLLINS., et al.,<br><br>　　　　Defendants. | No. 2:22-cv-03263-CJC (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Plaintiff Peter Kleidman ("Plaintiff"), Plaintiff's operative First Amended Complaint (Dkt. 13, "FAC"), the Motion to Dismiss the FAC (Dkt. 15, "Motion") filed by the named defendants ("Defendants"), Defendants' Supplement to the Motion (Dkt. 18), Plaintiff's Opposition to the Motion and Request for Judicial Notice (Dkt. 19, 21), the Report and Recommendation of the assigned Magistrate Judge (Dkt. 23, "Report"), and the Objections and Amended Objections to the Report and additional Requests for Judicial Notice filed by Plaintiff (Dkt. 27-30).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

1. The Motion (Dkt. 15) is GRANTED as to all claims against all Defendants without leave to amend;
2. Judgment shall be entered dismissing this action accordingly.

Dated: December 8, 2022

_____
CORMAC J. CARNEY
United States District Judge