JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTICE AUDREY B. COLLINS., et al.,<br><br>　　　　Defendants. | No. 2:22-cv-03263-CJC (JDE)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 8, 2022

　　　　　　　　　　　　　　　　　　　　／s／ Cormac J. Carney
　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge