UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>JUSTICE AUDREY B. COLLINS.,<br>et al.,<br><br>          Defendants. | No. 2:22-cv-03263-CJC (JDE)<br><br>AMENDED JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 9, 2023

_____
CORMAC J. CARNEY
United States District Judge